AO91 (Rev. 12/03) Criminal Complaint    FELONY    AUSA    United States Courts

# UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*January 26, 2022*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
**vs.**

Francisco Javier ABUNDIS-Puga
A097 314 896  Mexico
AKA Abundis PUGA-Francisco

**CRIMINAL COMPLAINT**

Case Number: 1:22-MJ- 157

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 25, 2022__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 25, 2022. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on January 14, 2022. The defendant was convicted of Alien Unlawfully Found in the United States Found in the United States After Deportation on January 27, 2021. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had .01 U.S. cent in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Flores, Hector    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

January 26, 2022                                              at    Brownsville, Texas
Date                                                                       City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                 Title of Judge                Signature of Judge